UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JENNIFER L. O'QUINN,**

    **Plaintiff,**

v.           Case No.  8:08-cv-1544-T-30EAJ

**COOL STYLE USA, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Stipulation and Order for Dismissal with Prejudice and the Settlement Agreement attached thereto as Exhibit "A" (Dkt. 15).  Upon review and consideration, the Court approves both the Joint Stipulation and the Settlement Agreement.

It is therefore ORDERED AND ADJUDGED that:

1. This cause is **DISMISSED with prejudice**.
2. The Court retains jurisdiction for 120 days to enforce the terms of the Settlement Agreement.
3. All pending motions are denied as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on December 4, 2008.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1544.dismissal.frm